# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**RONALD HALL**                                                                           **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. : 5:19-cv-25-DCB-MTP**

**ADAMS COUNTY, NATCHEZ-ADAMS COUNTY AIRPORT
COMMISSION, GARY HOLLOWAY, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY,
DAVID GAUDE, DR. THOMAS BORUM**           **DEFENDANTS**

## AGREED ORDER

COMES NOW the *ore tenus* joint motion of Plaintiff Ronald Hall and all named Defendants, by and through their respective counsel of record, jointly requesting the that the Court Grant Defendant's, Adams County, Motion for Summary Judgment, on the factual basis that the Natchez-Adams County Airport Commission is a separate political subdivision, which exercises powers which are declared to be public and governmental functions, exercised for a public purpose, and matters of public necessity, which are enumerated under Mississippi Code Annotated § 11-46-1(i), and is wholly separate from Adams County and amenable to suit under the Mississippi Tort Claims Act. This does not preclude Natchez-Adams County Airport Commission from raising any other defenses under MTCA it simply states that Natchez-Adams County Airport Commission agrees that it is amenable to suit under MTCA and cannot assert that Adams County is the proper party rather than Natchez-Adams County Airport Commisssion.

The Natchez-Adams County Airport Commission is the proper party to defend this lawsuit.

The Court, having considered the motion and it having been known to the Court that the parties are in agreement thereto, finds that the motion is well-taken and should be granted.

THEREFORE, Defendant Adams County's Motion for Summary Judgment (*CM/ECF Doc. No. 43*) should be granted.

SO ORDERED, this the 26th day of November, 2019.

s/David Bramlette
DISTRICT COURT JUDGE

Agreed to by:

WILLIAM R. ALLEN (MSB # 100541)
JESSICA S. MALONE (MSB # 102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
*Attorneys for Defendant Adams County*

CODY W. GIBSON (MSB # 103967)
Cody W. Gibson, Attorney at Law, PLLC
405 Tombigbee Street
Jackson, MS 39201
cwgibsonlaw@gmail.com
*Counsel for Plaintiff*

By Permission /s/
Mary McKay Griffin (MSB # )

Danny Griffin (MSB # )
Jacks, Griffin, Luciano, P.A.
150 North Sharpe Avenue
Cleveland, MS 38732Tel. 601-833-4361
Tel:662-843-6171
*Attorneys for Defendant NATCHEZ-ADAMS COUNTY AIRPORT COMMISSION, GARY HOLLOWAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, DAVID GAUDE, DR. THOMAS BORUM*